# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY<br>INSURANCE COMPANY | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. CV614-063 |
| MANUEL SUCHIL<br>doing business as<br>Suchil Carpentry; and<br>ROBERT WILLIAMS, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

Plaintiff Atlantic Casualty Insurance Company filed this insurance coverage case on June 17, 2014. Doc. 1. Defendant Robert Williams filed an Answer on August 14, 2014, doc. 10, but also a notice of bankruptcy on October 6, 2014. Doc. 15. There has been no activity in this case since, and no service on co-defendant Manuel Suchil within Fed. R. Civ. P. 4(m)'s 120-day limit. Within 14 days of the date this Order is served, plaintiff shall show why this case should not be dismissed on Fed. R. Civ.

P. 41(b), L.R. 41(b) grounds and, with respect to Suchil, also on Rule 4(m) grounds.

**SO ORDERED** this  8th  day of April, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA