IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 614-063 |
| MANUEL SUCHIL d/b/a SUCHIL CARPENTRY and ROBERT WILLIAMS, | * * * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is Plaintiff's notice of voluntary dismissal without prejudice of Defendant Manuel Suchil, doing business as Suchil Carpentry pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 22.) A review of the docket reveals that Defendant Suchil has not filed an answer or other motion in this action. Accordingly, all claims against Defendant Suchil are **DISMISSED WITHOUT PREJUDICE**. With all claims having been dismissed, the Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of June, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA